48

of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel was Anuj Vohra, Trial Attorney. Also of counsel was Winnie J. Reaves, Office of Regional Counsel, United States Department of Veterans Affairs, of Winston–Salem, NC.

NEWMAN, MAYER, and PROST, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

plaintiff-appellee. With him on the brief was David L. Harris.

Stephen N. Weiss, Moses & Singer LLP, of New York, NY, argued for defendants-appellants. With him on the brief were Gregory J. Fleesler and Michael J. Pospis.

NEWMAN, MAYER, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

### JOYAL PRODUCTS, INC., Plaintiff–Appellee,

v.

### JOHNSON ELECTRIC NORTH AMERICA, INC., Johnson Electric Consulting, Inc., and Johnson Electric Industrial Manufactory, Ltd., Defendants–Appellants,

### and

### Delphi Corporation, Defendant.

No. 2009–1095.

United States Court of Appeals, Federal Circuit.

Oct. 22, 2009.

Stephen R. Buckingham, Lowenstein Sandler PC, Roseland, NY, argued for

### BALLY GAMING, INC. (doing business as Bally Technologies), Plaintiff–Appellant,

v.

### IGT, Defendant/Third Party Plaintiff–Appellee.

v.

### Sierra Design Group, Third Party Defendant.

No. 2009–1072.

United States Court of Appeals, Federal Circuit.

Oct. 22, 2009.

Amy H. Candido, Quinn Emanuel Urquhart Oliver & Hedges, LLP, of San Fran-